UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY JOHNSON,

          Case No. 5:16-cv-14216-JEL-APP

  Plaintiff,

          Hon. Judith E. Levy
          Mag. Anthony P. Patti

v.

CACH, LLC, and ENERSON LAW LLC,

  Defendants.

_____

## STIPULATION AND ORDER OF DISMISSAL

  The Plaintiff, Rickey Johnson, by counsel, the O'Mara Law Firm PC, and Defendants, through counsel Mark Linton hereby gives notice pursuant Rule 41 hereby stipulate to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own costs.

Stipulated to by:

/s/Sean R. O'Mara         /s/Mark Linton
Sean R. O'Mara (P76140)       Mark Linton (P66503)
Attorney for Plaintiff         Attorney for Defendants

# **ORDER**

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

DATED

_____
Hon. Judith E. Levy
**United States District Court**
**Eastern District of Michigan**