UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY L. JOHNSON,

       Plaintiff,                    Case Number 16-14216
                                           Hon. Judith E. Levy

CACH LLC., *et al.,*

       Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with a stipulation to that effect [dkt # 15],

**IT IS ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and with each party bearing its own costs and attorney's fees.

                                         s/Judith E. Levy
                                         JUDITH E. LEVY
                                         United States District Judge

Dated: February 27, 2017